**Order entered August 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00464-CV

## TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant

## V.

## ERICA KAY JACKSON, Appellee

**On Appeal from the 354th District Court
Hunt County, Texas
Trial Court Cause No. 79,917**

## ORDER

We **GRANT** appellee's August 25, 2014 second motion for an extension of time to file a brief. Appellee shall file her brief on or before **September 15, 2014**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/      ADA BROWN
         JUSTICE